SHANNON L. CLARKE
Assistant U.S. Attorney
U.S. Attorney's Office
100 E. Front St., Ste. 401
Missoula, MT 59802
P.O. Box 8329
Missoula, MT 59807
Ph. (406) 542-8851
Email: shannon.clarke@usdoj.gov
ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

JACOB GRIFFITH
Director
Medicaid Fraud Control Unit
Montana Department of Justice
2225 11th Ave.
Helena, MT 59601
Phone: (406) 444-6607
E-mail: Jacob.Griffith2@mt.gov
ATTORNEY FOR PLAINTIFF
STATE OF MONTANA

FILED

DEC 22 2025
Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF MONTANA ex rel. MEDEQUITY, INC., <br>     Plaintiffs/Relator, <br> vs. <br><br> BENEFIS HEALTH SYSTEM, INC.; and LOGAN HEALTH, <br>     Defendants. | CV 23-65-GF-BMM <br><br> UNITED STATES' AND THE STATE OF MONTANA'S NOTICE OF ELECTION TO DECLINE INTERVENTION <br><br> FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2) |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the Montana False Claims Act, Mont. Code Ann. § 17-8-406(3), the United States and the State of Montana (collectively "Government Plaintiffs") notifies the Court of their decision not to intervene in this action.

Although the Government Plaintiffs decline to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1) and Mont. Code Ann. § 17-8-406(1), which allows the relator to maintain the action in the name of the United States and the State of Montana; providing, however, that the action may be dismissed only if the court and the Government Plaintiffs give written consent to the dismissal and their reasons for consenting. Therefore, the Government Plaintiffs requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the Government Plaintiffs before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3) and Mont. Code Ann. § 17-8-406(6)(a), the Government Plaintiffs requests that all pleadings filed in this action be served upon the Government Plaintiffs; the Government Plaintiffs also requests that orders issued by the Court be sent to the Government Plaintiffs' counsel. The Government Plaintiffs reserves its right to order any deposition

2

transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

The Government Plaintiffs also requests that they be served with all notices of appeal.

Finally, the Government Plaintiffs requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The Government Plaintiffs requests that all other papers on file in this action remain under seal because in discussing the content and extent of the investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully Submitted this 22nd day of December, 2025.

    KURT G. ALME
    United States Attorney

    */s/ Shannon L. Clarke*
    SHANNON L. CLARKE
    Attorney for Plaintiff
    United States of America

    */s/ Jacob Griffith*
    JACOB GRIFFITH
    Attorney for Plaintiff
    State of Montana

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and the STATE OF MONTANA ex rel. MEDEQUITY, INC.,**<br><br>**Plaintiffs/Relator,**<br>vs.<br><br>**BENEFIS HEALTH SYSTEM, INC.; and LOGAN HEALTH,**<br><br>**Defendants.** | **CV 23-65-GF-BMM**<br><br>**ORDER** |

The United States and the State of Montana having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the Montana False Claims Act, Mont. Code Ann. § 17-8-406(3), the Court rules as follows:

IT IS HEREBY ORDERED that,

1. the complaint (Doc. 1) be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order (Doc. 17)

1

and the Notice of Election to Decline Intervention (Doc. 16), which the relator will serve upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order (Doc. 17);

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and the State of Montana, as provided for in Mont. Code Ann. § 17-8-406(6)(a). The United States or the State of Montana may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States and the State of Montana;

6. all orders of this Court shall be sent to the United States and the State of Montana; and that

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of Montana before ruling or granting its approval.

DATED this _____ day of December, 2025.

_____
Brian Morris, Chief District Judge
United States District Court

3