# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and the STATE OF MONTANA ex rel. MEDEQUITY, INC.,**<br><br>**Plaintiffs/Relator,**<br>vs.<br><br>**BENEFIS HEALTH SYSTEM, INC.; and LOGAN HEALTH,**<br><br>**Defendants.** | **CV 23-65-GF-BMM**<br><br>**ORDER** |

The United States and the State of Montana having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the Montana False Claims Act, Mont. Code Ann. § 17-8-406(3), the Court rules as follows:

IT IS HEREBY ORDERED that,

1. the complaint (Doc. 1) be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order (Doc. 19)

1

and the Notice of Election to Decline Intervention (Doc. 18), which the relator will serve upon the defendants only after service of the complaint;

    3. the seal be lifted as to all other matters occurring in this action after the date of this Order (Doc. 19);

    4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and the State of Montana, as provided for in Mont. Code Ann. § 17-8-406(6)(a). The United States or the State of Montana may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5. the parties shall serve all notices of appeal upon the United States and the State of Montana;

    6. all orders of this Court shall be sent to the United States and the State of Montana; and that

    7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of Montana before ruling or granting its approval.

DATED this 6th day of January 2026.

_____
Brian Morris, Chief District Judge
United States District Court