AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and the STATE OF MONTANA ex rel. MEDEQUITY, INC., | ) ) ) ) ) | |
| *Plaintiffs/Relator* | ) ) | Civil Action No.  4:23-CV-65-BMM |
| v. | ) ) | |
| BENEFIS HEALTH SYSTEM, INC., and LOGAN HEALTH, | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> LOGAN HEALTH
> c/o William Gibson, Registered Agent
> 310 Sunnyview Lane
> Kalispell, MT 59901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Relator's attorneys, whose names and addresses are:

W. Adam Duerk
MCFARLAND MOLLOY LACNY & DUERK
283 W. Front St., Ste. 203
Missoula, MT 59802

Barak Cohen, Adam R. Mandelsberg, and
Michael J. Wadden (admitted pro hac vice)
PERKINS COIE LLP
700 13th Street, NW, Ste. 800
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3/27/2026

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

| Case:<br>4:23-cv-00065-BMM | Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA | County: | Job:<br>15549368 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>MEDEQUITY, INC., on behalf of THE UNITED STATES OF AMERICA and the STATE OF MONTANA | | **Defendant / Respondent:**<br>BENEFIS HEALTH SYSTEM, INC., and LOGAN HEALTH | |
| **Received by:**<br>NORDIC INVESTIGATIONS | | **For:**<br>MCFARLAND MOLLOY LACNY & DUERK | |
| **To be served upon:**<br>LOGAN HEALTH | | | |

I, Joseph Schussler, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    LOGAN HEALTH, 310 Sunnyview Lane, Kalispell, MT 59901

**Manner of Service:**    Registered Agent, Mar 31, 2026, 12:09 pm MDT

**Documents:**    Summons to Logan Health.pdf, Complaint.pdf

**Additional Comments:**
1) Unsuccessful Attempt: Mar 31, 2026, 9:18 am MDT at 310 Sunnyview Lane, Kalispell, MT 59901
Client canceled attempt in place and paused service.

2) Successful Attempt: Mar 31, 2026, 12:09 pm MDT at 310 Sunnyview Lane, Kalispell, MT 59901 received by LOGAN HEALTH. Other: William Gibson, Directly in Hand;
Individual having identified themselves to me and known from complaint photo on website.

_____    03/31/2026
Joseph Schussler    **Date**
PSP-PSV-LIC-26714

NORDIC INVESTIGATIONS
PO Box 786
Kalispell, MT 59903
406-249-0010