IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

|  |  |
|---|---|
| MEDEQUITY, INC., on behalf of THE UNITED STATES OF AMERICA and the STATE OF MONTANA, <br><br> Plaintiffs, <br><br> vs. <br><br> BENEFIS HEALTH SYSTEM, INC., and LOGAN HEALTH, <br><br> Defendants. | CV-23-65-GF-BMM <br><br><br> **ORDER** |

Defendant Logan Health has moved for an order allowing Daniel G. Murphy to appear *pro hac vice* in this case with Gregory Smith designated as local counsel. (Doc. 35.) The application of Mr. Murphy appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Defendant Logan Health's motion to allow Mr. Murphy to appear before this Court (Doc. 35) is GRANTED, subject to the following conditions:

1.     Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.  Mr. Murphy must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.  Mr. Murphy shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4.  Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.  Admission is personal to Mr. Murphy, not the law firm he works for.

6.  Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Murphy shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 11th day of May 2026.

Brian Morris, Chief District Judge
United States District Courts