# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICAN and the STATE OF MONTANA ex rel. MEDEQUITY CORPORATION,<br><br>Plaintiffs/Relator,<br><br>vs.<br><br>BENEFIS HEALTH SYSTEM, INC., LOGAN HEALTH n/k/a/ MTWY HEALTH, FORREST EHLINGER, and ADAM PLACE,<br><br>Defendants. | **CV-23-65-GF-BMM**<br><br><br><br>**ORDER** |

Before the Court is Relator Plaintiff MedEquity Corporation's Motion to Dismiss Defendant Benefis Health System, Inc's Counterclaims. (Doc. 82.) Defendant Benefis filed Amended Counterclaims on July 20, 2026. (Doc. 98.) MedEquity's Motions to Dismiss Benefis's Initial Counterclaims are now moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (an amended [pleading] supersedes an original [pleading], rendering the original [pleading] without any legal effect); *Frazier v. City of Fresno*, 2023 WL 1786228, at *1 (E.D. Cal. Feb. 6, 2023) ("Once an amended complaint is filed, the previous complaint becomes null and void, and generally any pending motion to dismiss that

1

was directed at the previous pleading will be thus rendered moot.") MedEquity has represented to the Court that it "intends to promptly renew its previously filed Motion to Dismissed as directed to the Amended Counterclaim." (Doc. 104 at 1.) The Court further notes that if the parties seek to have a modified briefing scheduling on MedEquity's Motion to Dismiss Benefis's Counterclaims, the parties must file a motion, rather than a notice, seeking such modification with the Court.

Accordingly, **IT IS ORDERED** that Relator Plaintiff MedEquity's Motion to Dismiss Benefis's Counterclaims (Doc. 82) is **DENIED** as moot.

DATED this 23rd day of July 2026.

_____
Brian Morris, Chief District Judge
United States District Court

2