IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MEDEQUITY, INC., ON BEHALF OF THE UNITED STATES OF AMERICA AND THE STATE OF MONTANA,<br><br>Plaintiffs,<br><br>v.<br><br>BENEFIS HEALTH SYSTEM, INC., and LOGAN HEALTH.<br><br>Defendants. | CV-23-65-GF-BMM<br><br>**ORDER** |

Defendant Logan Health (Logan) has moved for an order allowing Jori P. LaRosa (Ms. LaRosa) to appear *pro hac vice* in this case with Gregory G. Smith, designated as local counsel. (Doc. 115.) The application of Mr. LaRosa to appear in this Court appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Logan's motion to allow Ms. LaRosa to appear before this Court (Doc. 115) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. LaRosa must each do her own work. She must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Ms. LaRosa, not the law firm she works for.

7. Local counsel will provide a copy of this order to Ms. LaRosa.

**IT IS FURTHER ORDERED**:

Ms. LaRosa shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 15th day of September 2026.

Brian Morris, Chief District Judge
United States District Courts